IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                 **CASE NO. 4:02-CR-045-SPM**

**THOMAS JONES III,**

    **Defendant.**

_____/

**ORDER REDUCING SENTENCE PURSUANT TO RULE 35**

**THIS CAUSE** comes before the Court upon the "In Camera Motion Concerning Substantial Assistance" (doc. 241) filed by the Government on September 30, 2005, which advises that Defendant's cooperation, provided after sentencing, led to the indictment, prosecution, and conviction of Richard Hall. Jones testified at Hall's trial, and the Government suggests that Defendant was an important witness who provided truthful and complete testimony in the case. This testimony was especially difficult for Jones, as Richard Hall is his cousin, and Jones testified while his mother and aunt were present in the courtroom.

The Court finds that a reduction is proper to reward Defendant's substantial assistance in the prosecution of others. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Defendant's sentence of confinement is reduced in Count I from 90

months imprisonment to **60 months** imprisonment, and reduced in Count IV from 45 months imprisonment to **25 months** imprisonment.

2. Count IV shall run consecutively to Count I, for a total between the two counts of **85 months**.

3. In all other respects, the original sentence imposed in the Judgment and Commitment Order of January 20, 2004 (doc. 97) shall remain unchanged.

**DONE AND ORDERED** this <u>first</u> day of May, 2006.

<u>    s/ Stephan P. Mickle    </u>
Stephan P. Mickle
United States District Judge