IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                CASE NO.  4:02-CR-45-SPM-1

THOMAS C. JONES, III,

    Defendant.

_____/

### ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

THIS CAUSE comes before the Court upon Defendant's Motion for Early Termination of Supervised Release (doc. 395).  As grounds, Defendant states that he has maintained work, been involved in his children's lives, and not violated his probation.

If "warranted by the conduct of the defendant released and the interest of justice" and after an analysis of the factors considered in 18 United States Code Section 3553(a), this Court may order early termination of supervised release. 18 U.S.C. § 3583(e).  United States v. Paterno, 99-cr-037, 2002 U.S. Dist. LEXIS 9334, at *2 (D. N.J. 2002) (citing United States v. Hardesty, 2002 U.S. Dist. LEXIS 7013, No 95-20031, at *1 (D. Kan. 2002)); United States v. Medina, 17 F. Supp. 2d 245, 247 (S.D.N.Y. 1998); United States v. Darshelabl, 2006 U.S. Dist.

LEXIS 21631 (W.D. Tenn. 2006).  However, "early termination is not warranted as a matter of course; on the contrary, it is only occasionally justified due to changed circumstances of a defendant, such as exceptionally good behavior." United States v. Sheckley, 1997 U.S. App. LEXIS 32024, *5 (2d Cir. 1997) (internal quotations omitted).

While the Defendant's good conduct while on supervised release is laudable, Defendant has not cited facts that demonstrate extraordinary circumstances sufficient to warrant early termination of his supervised release. "Full compliance, after all, is merely what is expected of all people serving terms of supervised release." Karacsonyi v. United States, 1998 U.S. App. LEXIS 15107 (2d Cir. 1998).  The Defendant has yet to complete half of the five year term of supervised release originally imposed. Additionally, the Defendant has already received the benefit of a 5K1 motion and Rule 35 motion filed by the Government on his behalf, resulting in a reduced sentence of imprisonment.

Accordingly, having considered all of the factors in 18 United States Code Section 3553(a), it is hereby

ORDERED AND ADJUDGED that the Motion for Early Termination of Supervised Release (doc. 395) is *denied*.

**DONE AND ORDERED** this first day of June, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

Case 4:02-cr-00045-SPM   Document 401   Filed 06/01/11   Page 3 of 3